BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00285 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANTONIO PEREZ-CARDENAS, and JOSE LUIS BARRIOS-RODRIGUEZ, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Antonio Perez-Cardenas and Jose Luis Barrios-Rodriguez, by and through their counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on October 1, 2013.

2.  By this stipulation, defendant now moves to continue the status conference until November 19, 2013 at 9:45 a.m., and to exclude time between October 1, 2013 and November 19, 2013 under Local Code T4. Plaintiff does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form (approximately 35 pages of

Stipulation Regarding Excludable Time            1

documents). All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 1, 2013 to November 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation Regarding Excludable Time      2

IT IS SO STIPULATED.

Dated: September 27, 2013                     BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Todd A. Pickles*
                                              TODD A. PICKLES
                                              Assistant United States Attorney

Dated: September 27, 2013                     HEATHER WILLIAMS
                                              Federal Public Defender

                                              */s/ Todd A. Pickles for*
                                              MICHAEL PETRICK
                                              Assistant Federal Defender

                                              Counsel for Defendant Perez-Cardenas

Dated: September 27, 2013                     */s/ Todd A. Pickles for*
                                              GILBERT ROQUE, ESQ.

                                              Counsel for Defendant Barrios-Rodriguez

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of September, 2013

                                              /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ

                                              UNITED STATES DISTRICT COURT
                                              JUDGE

Stipulation Regarding Excludable Time       3