BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>            v.<br><br>ANTONIO PEREZ-CARDENAS, and<br>JOSE LUIS BARRIOS-RODRIGUEZ,<br><br>                Defendants. | CASE NO. 2:13-CR-00285 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Antonio Perez-Cardenas and Jose Luis Barrios-Rodriguez, by and through their counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on November 19, 2013.

    2.    By this stipulation, defendants now move to continue the status conference until January 21, 2014 and to exclude time between November 19, 2013 and January 21, 2014 at 9:45 a.m., under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a)    The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including additional

Stipulation Regarding Excludable Time         1

photographs and video that the United States is in the process of producing to counsel.

        b)      The United States anticipates making plea offers to both defendants in the next few weeks.

        c)      Counsel for the defendants desires additional time to review discovery for this matter, to discuss potential resolutions with their clients, including reviewing discovery with respect to matters relating to the plea agreements, and to otherwise prepare for trial.

        d)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The United States does not object to the continuance.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 19, 2013 to January 21, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation Regarding Excludable Time      2

IT IS SO STIPULATED.

Dated: November 15, 2013        BENJAMIN B. WAGNER
                                United States Attorney


                                 */s/ Todd A. Pickles*
                                TODD A. PICKLES
                                Assistant United States Attorney


Dated: November 15, 2013        HEATHER WILLIAMS
                                Federal Public Defender

                                 */s/ Todd A. Pickles for*
                                MICHAEL PETRICK
                                Assistant Federal Defender

                                Counsel for Defendant Perez-Cardenas


Dated: November 15, 2013         */s/ Todd A. Pickles for*
                                GILBERT ROQUE, ESQ.

                                Counsel for Defendant Barrios-Rodriguez


**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of November, 2013

                                 /s/ John A. Mendez
                                HON. JOHN A. MENDEZ

                                UNITED STATES DISTRICT COURT
                                JUDGE

Stipulation Regarding Excludable Time                3