Please be advised that this case has been assigned to Michael Petrik, Jr., Assistant Federal Defender. Plea
remove David Porter from your CM/ECF service list and correct your records to reflect the above change.

Case 2:13-cr-00285-JAM   Document 23   Filed 02/07/14   Page 1 of 2

Please feel free to contact our office if you have any questions or concerns. Thank you for your assistanc
matter.

HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-285 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO FEBRUARY 25, |
| v. | ) | 2014, AT 9:45 A.M. |
| | ) | |
| ANTONIO PEREZ-CARDENAS (1), | ) | Date:     February 11, 2014 |
| | ) | Time:    9:45 a.m. |
| Defendant. | ) | Judge:   Hon. John A. Mendez |
| | ) | |
| | ) | |

The parties stipulate, through respective counsel, that the Court should vacate the status

conference presently set, and reschedule this case for status conference on February 25, 2014, at

9:45 a.m.

Defense counsel and Mr. Perez require further time to confer regarding discovery, and

consider a proposed plea agreement proffered by the government.

For these reasons, counsel and the defendant agree that the Court should exclude the time

from the date of this order through February 25, 2014, when it computes the time within which

trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local

Code T4.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 7, 2014

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: February 7, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
TODD A. PICKLES
Assistant U.S. Attorney

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good

cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

that the failure to grant a continuance in this case would deny defense counsel reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.  The Court

finds that the ends of justice served by granting the continuance outweigh the best interests of the

public and defendants in a speedy trial.

The Court orders the status conference rescheduled for February 25, 2014, at 9:45 a.m.

The Court orders the time from the date of the parties stipulation, up to and including February

25, 2014, excluded from computation of time within which the trial of this case must commence

under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: 2/7/2014

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge